UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 09 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

THERMOLIFE INTERNATIONAL, LLC and MUSCLE BEACH NUTRITION, LLC,

Plaintiffs - Appellants,

v.

BPI SPORTS, LLC,

Defendant - Appellee.

No. 23-15903

D.C. No. 2:20-cv-02091-SPL
U.S. District Court for Arizona, Phoenix

**MANDATE**

The judgment of this Court, entered August 18, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $89.10.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT