IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ThermoLife International LLC, et al.,

Plaintiffs,

vs.

BPI Sports LLC,

Defendant.

No. CV-20-02091-PHX-SPL

**ORDER**

On September 10, 2026, the Court of Appeals for the Ninth Circuit issued a mandate affirming the Court's award of attorneys' fees under the Lanham Act and Rule 41(d). (Doc. 81). The Ninth Circuit, however, remanded the action "for the limited purpose of correcting the computational error and modifying the fee award from $486,207 to $454,339." (Doc. 81-1 at 21). Accordingly,

**IT IS ORDERED** that the Court's May 18, 2023 Order awarding attorneys' fees is modified to reflect a total award of **$454,339**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case.

Dated this 13th day of October, 2026.

Honorable Steven P. Logan
United States District Judge